**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**WILLIAM ROGER SHEFFIELD, JR.**                                                  **PLAINTIFF**

**V.**                                                  **CAUSE NO.: 1:07CV172-SA-SAA**

**LEGGETT & PLATT, INC., d/b/a SUPER SAGLESS**                                **DEFENDANT**

**ORDER ON SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)   the Defendant's Motion for Summary Judgment [docket entry 29] is GRANTED;

(2)   the Plaintiff's claims are dismissed;

(3)   all pending motions are terminated; and

(4)   this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the   13th   day of August, 2008.


                                                  /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**